**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00796-CV

### ALLIANCE/AFT, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06281**

## ORDER

We **DENY** appellant's June 23, 2014 motion for emergency temporary relief.

Appellant's brief is due on August 6, 2014. *See* TEX. R. APP. P. 38.6(a). Appellees' brief

is due August 26, 2014. *See* TEX. R. APP. P. 38.6(b). We caution the parties that no extensions

of time will be granted.

/s/  ADA BROWN
    JUSTICE